UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES VANDERVEEN, | ) |
| *Plaintiff,* | ) ) ) |
| *vs.* | ) 1:25-cv-02153-JMS-MKK ) ) |
| WAL-MART STORES EAST, LP, | ) ) |
| *Defendant.* | ) |

## ORDER TO SHOW CAUSE

On October 23, 2025, the Court issued an Order requiring Defendant Wal-Mart Stores East, LP ("Wal-Mart") to file an Amended Rule 7.1 Disclosure Statement by November 7, 2025 which adequately sets forth its citizenship. [Filing No. 8.] To date, Wal-Mart has not done so. Accordingly, the Court **ORDERS** Wal-Mart to **SHOW CAUSE** by **November 24, 2025** why it should not face sanctions for failing to comply with the Court's October 23, 2025 Order. The response to the Order to Show Cause must explain why Wal-Mart has not complied with the October 23, 2025 Order, and Wal-Mart must also file an Amended Rule 7.1 Disclosure Statement which remedies the issues noted in the Court's October 23, 2025 Order with its response.

Date: 11/18/2025

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**

- 1 -